UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-01291-JLS-KES                                    Date: March 19, 2026
Title:  Maykel Zakari v. Joshua Johnson

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

            Kelly Davis                                              N/A
            Deputy Clerk                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

            Not Present                                    Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER SETTING BRIEFING SCHEDULE FOR APPLICATION FOR TEMPORARY RESTRAINING ORDER (Doc. 3)**

On March 18, 2026, *pro se* Petitioner Maykel Zakari filed a Petition for a Writ of Habeas Corpus and Application for Temporary Restraining Order ("TRO").  (Petition, Doc. 1; App., Doc. 3.)  Having reviewed Petitioner's Application, the Court ORDERS Respondent to file any Opposition to the Application no later than **March 24, 2026**.  No replies are permitted absent further leave of the Court.

The Court further ORDERS that the Petitioner must not be moved to a location outside the jurisdictional boundaries of the United States District Court for the Central District of California during the pendency of this action, unless otherwise ordered by the Court.

                                                          Initials of Deputy Clerk: kd