O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYKEL ZAKARI,<br><br>Petitioner,<br><br>v.<br><br>JOSHUA JOHNSON, Warden,<br><br>Respondent. | Case No. 5:26-cv-01291-JLS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 16). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Petitioner's motion for appointment of counsel (Dkt. 6) is denied.

2. Judgment shall be entered granting Ground One of the Petition and dismissing Grounds Two and Three of the Petition as moot.

3. Respondents are enjoined from re-detaining Petitioner without notice

of the reasons for the re-detention and without a pre-deprivation hearing before a neutral decisionmaker, unless special circumstances exist that justify immediate re-detention and a post-deprivation hearing.

DATED:  May 7, 2026

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE