JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAYKEL ZAKARI,

Petitioner,

v.

JOSHUA JOHNSON, Warden,

Respondent.

Case No. 5:26-cv-01291-JLS-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Ground One of the Petition is granted and Grounds Two and three of the Petition are dismissed as moot.

DATED: May 7, 2026

_____

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE